UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPIN MASTER LTD. *and* SPIN MASTER TOYS UK LIMITED,

                Plaintiffs,

-against-

AGANV; AINA; BABELEMI STORE; BIARABUL STORE; CAROL MONKEY BABY OFFICIAL STORE; CHAOZHOU CHAOAN DONGDONG PLASTIC TOYS CO., LTD.; CHILDHOOD TOY STORE; CROKO TOY STORE; EDUCATIONAL TOY CITY STORE; FASHIONISTAR STORE; FUN ANIMATION TOY STORE; GLOBAL MOCUBE STORE; GO FUN STORE; GUANGZHOU SUSHENG NETWORK TECHNOLOGY CO., LTD.; HANGZHOU DINGXIN TECHNOLOGY CO., LTD.; HANGZHOU HANGXING TRADE CO., LTD.; HELLOCUBE STORE; HEYUAN BOYI LIGHTING TECHNOLOGY CO., LIMITED; JENEEY INTERNATIONAL TRADE CO., LTD.; JIANGYIN: SUNNY TOY CO. LTD.; JINHUA YIFAN ARTS AND CRAFTS CO., LTD.; LEFT MAGIC OFFICIAL STORE; LVSE LIFE STORE, MIJIA TECH STORE; MODERNBABY STORE; MQQ CONJURING STORE; NANTONG JH PLASTIC PRODUCT CO., LTD.; NINGBO HAISHU TONGYANG CRAFTS CO., LTD.; NINGBO JUNYUAN : INTELLIGENT TECHNOLOGY CO., LTD.; NINGBO ROY AL IMPORT AND EXPORT CO., LTD.; NINGBO SHINEGIFTS IMPORT & EXPORT CO., LTD.; PLAYING WITH YOUR FINGERTIPS STORE; PROFESSIONAL MAGIC-CUBE STORE; PUZZLES STORE; QUANZHOU RIQUAN TRADING CO., LTD.; SENLEGOLY FUNNY-TOY STORE; SHANGCHENG COUNTY HAIBAODA TRADING CO., LTD.; SHANTOU CHENG HAI XIEDEFENG TOYS FIRM; SHANTOU CITYCHENGHAI DISTRICT NEW ERA TOYS & CRAFTS FIRM; SHANTOU TANGO TECH. CO., LTD.; SHANTOU TOMNESS TRADING CO., LTD.; SHANTOU XIAO DAN YOUPIN TOYS CO., LTD.;

        1:22-cv-555 (GHW)

        <u>ORDER</u>

| |
|---|
| SHENZHEN DONGFANG RUNTAI TECHNOLOGY CO., LTD.; SHENZHEN DSYY COMMUNICATION TECHNOLOGY CO., LTD.; SHENZHEN NEW WAY TECHNOLOGY CO. LIMITED; SHOP5891750 STORE; SMILING TOY SHENZHEN NEW WAY TECHNOLOGY CO., SMILING TOY STORE; WANDER WORL; WEDOAM STORE; XIN YU TRENDY TOY STORE; YANCHENG LANYI INTERNATIONAL TRADING CO., LTD.; YIWU AIGENG TRADE CO., LTD.; YIWU CITY JO TOYS CO., LTD.; YIWU FENGQING TOY CO., LTD.; YIWU HOLYMILL COMMODITY CO., LTD.; YIWU JIANYU IMP & EXP CO., LTD.; YIWU JIXU IMPORT AND EXPORT CO., LTD.; YIWU JO TOYS CO., LTD; YIWU SPECIAL4U COMMODITY FACTORY; YIWU TUOYING TECHNOLOGY CO., LTD.; YIWU TWINS WIN IMPORT & EXPORT CO., LTD.; YIWU WUZUN TOYS CO., LTD.; YIWU XINTU IMPORT AND EXPORT CO., LTD.; YIWU YOUCAN IMP. & EXP. CO., LTD.; ZCUBE OFFICIAL STORE, *and* ZY-WISDOM STORE, |
| Defendants. |

GREGORY H. WOODS, United States District Judge:

On June 7, 2022, the amici in *Smart Study Co., LTD v. Acuteye-US, et al*, case no. 1:21-cv-5860, filed an amicus brief responding to the Court's March 1, 2022 request for disinterested legal advice, which was also requested in this case. Because this case is under seal, the amici did not file a copy of that brief in this case. Accordingly, Plaintiff is directed to that brief as the response to the Court's March 1, 2022 request for legal advice in this case. Any response by Plaintiff to that brief is due no later than June 20, 2022.

SO ORDERED.

Dated: June 8, 2022
       New York, New York

                                    _____
                                    GREGORY H. WOODS
                                    United States District Judge

2